# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DERLESHER EDWARDS and JENNIFER LEAVELL, | Case Number: 1:19-cv-2008 |
| Plaintiffs, | Honorable Jorge L. Alonso |
| v. | |
| TOP TIER SAFETY INC., | |
| Defendant. | |

## MOTION FOR ENTRY OF JUDGMENT

Now come the Plaintiffs, DERLESHER EDWARDS and JENNIFER LEAVELL, by and through their attorneys, and for their Motion for Entry of Judgment, Plaintiffs state as follows:

1. Fed. R. Civ. P. 68(a) states, "At least 14 days before the date set for trial, a party defending against a claim may serve on an opposing party an offer to allow judgment on specified terms, with the costs then accrued. If, within 14 days after being served, the opposing party serves written notice accepting the offer, either party may then file the offer and notice of acceptance, plus proof of service. The clerk must then enter judgment."

2. On November 27, 2019, Defendant served Plaintiff DERLESHER EDWARDS with an Offer of Judgment. (Doc. #27-1).

3. On December 6, 2019, Plaintiff DERLESHER EDWARDS filed her Notice of Acceptance of the above-mentioned Offer of Judgment with proof of service. (Doc. #27).

4. On November 27, 2019, Defendant served Plaintiff JENNIFER LEAVELL with an Offer of Judgment. (Doc. #28-1).

5. On December 6, 2019, Plaintiff JENNIFER LEAVELL filed her Notice of Acceptance of the above-mentioned Offer of Judgment with proof of service. (Doc. # 28).

6. To date, no judgments have been entered.

WHEREFORE, Plaintiffs, DERLESHER EDWARDS and JENNIFER LEAVELL, by and through their attorneys, respectfully request this Honorable Court enter judgment as set forth in the respective offers of judgment served by Defendant, pursuant to Fed. R. Civ. P. 68(a).

RESPECTFULLY SUBMITTED,

DERLESHER EDWARDS AND
JENNIFER LEAVELL

/s/ David B. Levin
Attorney for Plaintiff
Illinois Attorney No. 6212141
Law Offices of Todd M. Friedman, P.C.
333 Skokie Blvd., Suite 103
Northbrook, IL 60062
Phone: (224) 218-0882
Fax: (866) 633-0228
dlevin@toddflaw.com

# CERTIFICATE OF SERVICE

I hereby certify that, on January 13, 2020, a copy of the foregoing motion was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ David B. Levin
Attorney for Plaintiff